# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3440

_____

John K. Hulett,                           *
                                          *
            Appellant,                    *
                                          *    Appeal from the United States
    v.                                    *    District Court for the
                                          *    District of Minnesota.
Brink's Home Security, Inc.,              *
                                          *    [UNPUBLISHED]
            Appellee.                     *

_____

Submitted: August 28, 2006
Filed: August 29, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

    John Hulett appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action under the Age Discrimination in Employment Act. Having carefully reviewed the record, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.